135 A.3d 578

Derrick Dale **FONTROY, I,** Appellant

v.

John **WETZEL, Jamey Luther, Edward Evens, Donald Gelmann, Bill Mailman,** Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.

Derrick Dale Fontroy, I, pro se.

Jeffrey M. Paladina, PA Dept. of Corrections, Mechanicsburg, for John Wetzel, Jamey Luther, Edward Evens, Donald Gelmann, Bill Mailman, Appellees.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2016, the Order of the Commonwealth Court is **AFFIRMED.**

135 A.3d 578

PG **PUBLISHING COMPANY, INC. d/b/a the Pittsburgh Post–Gazette,** Appellant

v.

**GOVERNOR'S OFFICE OF ADMINISTRATION and the Pennsylvania Department of Education,** Appellees.

Supreme Court of Pennsylvania.

April 25, 2016.